Raymond P. Boucher, State Bar No. 115364
ray@boucher.la
Hermez Moreno, State Bar No. 72009
moreno@boucher.la
Milin Chun, State Bar No. 262674
chun@boucher.la
Brian Bush, State Bar No. 294713
bush@boucher.la
**BOUCHER LLP**
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367-4903
Tel:  (818) 340-5400
Fax:  (818) 340-5401

Jason K. Feldman, State Bar No. 213386
jason@feldmanwallach.com
Ian Wallach, State Bar No. 237849
ian@feldmanwallach.com
**FELDMAN & WALLACH**
225 Santa Monica Blvd., 11th Floor
Santa Monica, California 90401
Tel:  (310) 577-2201
Fax:  (310) 564-2004

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBERT PICKETT, AN INDIVIDUAL; DARRYL LEWIS, AN INDIVIDUAL, <br><br> Plaintiffs, <br><br> v. <br><br> MIKE BOLLIGER, AN INDIVIDUAL; NAVID KHANSARI, AN INDIVIDUAL; JOE LISARDI, AN INDIVIDUAL; MICHAEL HAN, AN INDIVIDUAL; JACK ARANDA, AN INDIVIDUAL; CITY OF INGLEWOOD, A PUBLIC ENTITY; AND DOES 1 THROUGH 10, INCLUSIVE, <br><br> Defendants. | Case No. 2:15-cv-09354-PA (AGRx) <br><br> **DECLARATION OF STEVEN SEIDEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT/SUMMARY ADJUDICATION OF CLAIMS BY DEFENDANTS MIKE BOLLIGER, NAVID KHANSARI, AND JOE LISARDI** <br><br> [Filed Concurrently with Plaintiffs' Opposition to Defendants' Motion For Partial Summary Judgment/Summary Adjudication Of Claims] <br><br> The Hon. Percy Anderson <br><br> Trial Date: November 15, 2016 |

## DECLARATION OF STEVEN SEIDEN

I, Steven Allan Seiden, do hereby state and swear as follows:

1. I am the founding partner of the Law Offices of Steven A. Seiden. I am licensed to practice law before all the courts of the State of California. This declaration is based upon my own personal knowledge, and, if called upon to testify to the matters contained herein, I could and would do so competently. I make this Declaration in support of Plaintiffs' Opposition to Defendants' Motion For Partial Summary Judgment/Summary Adjudication Of Claims.

2. I represented Robert Pickett during a preliminary hearing before the Honorable John Vernon Meigs on December 7, 2011, in *People v. Darryl Lewis and Robert Pickett*, case no. YA081212.

3. I did not challenge probable cause for Mr. Pickett's arrest for the crimes charged during the preliminary hearing. My decision not to challenge probable cause was a strategic decision as I had not been provided, at the time of the hearing, the relevant discovery necessary to make such a challenge and the purpose of the hearing was to obtain as much factual and evidentiary information relating to the crimes charged.

4. I only later learned upon receiving the discovery and through a police practices expert that probable cause did not exist for the arrest. Specifically, among other things, an eyewitness did not observe the guns or the items on the ground and no DNA, fingerprint or blood was found on the guns. None of this information was available to me at the time of the preliminary hearing.

5. My motion to dismiss for insufficiency of the evidence was not a motion on probable cause grounds.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 8th Day of August, 2016, at Hawthorne, California.

_____
STEVEN SEIDEN

BOUCHER LLP
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367-4903

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Case No. 2:15-cv-09354-PA (AGRx)

DECLARATION OF STEVEN SEIDEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT/SUMMARY ADJUDICATION OF CLAIMS