UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - UNITED STATES COURTHOUSE

| | |
|---|---|
| ROBERT PICKETT, An Individual et al,<br><br>　　　　　　Plaintiffs,<br>　　vs.<br>MIKE BOLLIGER, An Individual et al,<br><br>　　　　　　Defendants. | **CASE NO.: 2:15-cv-09354 PA (AGRx)**<br><br>**Honorable Percy Anderson**<br>**Courtroom 15**<br><br>**ORDER OF DISMISSAL** |

## **ORDER**

Based upon the Stipulation of Dismissal filed on September 30, 2016 by all appearing parties, and pursuant to Federal Rules of Civil Procedure Rule 41, the above-reference matter is hereby DISMISSED, with prejudice.

**IT IS SO ORDERED**:

DATED: October 1, 2016

_____
Honorable Percy Anderson
United States District Court Judge